UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NATIONAL RAILROAD PASSENGER
CORPORATION

                         Plaintiff,

    -against-

CITY OF NEW YORK,

                        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

19 Civ. 8597 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant's time to respond to Plaintiff's complaint is extended from April 10, 2020 to July 9, 2020. The initial conference is adjourned from April 15, 2020 to July 15, 2020 at 9:30 am.

Dated: New York, New York
       April 3, 2020

SO ORDERED.

*George B. Daniels* (signature)
GEORGE B. DANIELS
United States District Judge