UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
NATIONAL RAILROAD PASSENGER
CORPORATION

                          Plaintiff,

     -against-

CITY OF NEW YORK,

                        Defendant.
------------------------------------- x

ORDER

19 Civ. 8597 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant's time to respond to Plaintiff's complaint is extended from October 7, 2020 to January 5, 2021. The initial conference is adjourned from October 21, 2020 to January 19, 2021 at 9:45 am.

Dated: New York, New York
       October 5, 2020

SO ORDERED.

*George B Daniels*
GEORGE B. DANIELS
United States District Judge