USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: Jan 04, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
NATIONAL RAILROAD PASSENGER
CORPORATION

                           Plaintiff,

    -against-

CITY OF NEW YORK,

                          Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

19 Civ. 8597 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Defendant's time to respond to Plaintiff's complaint is extended from January 5, 2021 to April 5, 2021. The initial conference is adjourned from January 19, 2021 to April 21, 2021 at 9:45 am.

Dated: New York, New York
       January 4, 2021

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge