UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
NATIONAL RAILROAD PASSENGER
CORPORATION

                                Plaintiff,

                                                      ORDER

     -against-

                                                 19 Civ. 8597 (GBD)

CITY OF NEW YORK,

                                Defendant.
------------------------------------x

GEORGE B. DANIELS, United States District Judge:

      Defendant's time to respond to Plaintiff's complaint is extended from April 5, 2021 to July 6, 2021. The initial conference is adjourned from April 21, 2021 to July 21, 2021 at 9:45 am.

Dated: New York, New York
       April 1, 2021

                                                 SO ORDERED.

                                               *George B. Daniels*
                                               GEORGE B. DANIELS
                                             United States District Judge