UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
NATIONAL RAILROAD PASSEGER
CORPORATION,

                                Plaintiff,

     -against-

CITY OF NEW YORK,

                              Defendant.

------------------------------------- x

ORDER

19 Civ. 8597 (GBD)

GEORGE B. DANIELS, United States District Judge:

The parties' request to adjourn the initial conference and to extend the time for Defendant to respond to the complaint, (ECF No. 33), is GRANTED. The initial conference is adjourned from January 20, 2022 to April 20, 2022 at 9:30 a.m. Defendant's time to respond to Plaintiff's complaint is extended from January 4, 2022 to April 4, 2022.

Dated: January 4, 2022
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge